## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                      PLAINTIFF

                    v.

Alex Quinonez-Xum

                                      DEFENDANT(S).

CASE NUMBER

2:25-mj-06578-DUTY; 2:25-mj-06626-DUTY

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _defense_____, IT IS ORDERED that a detention hearing is set for _October 28_____, _2025_____, at _10:00___ ☒a.m. / ☐p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _750_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _10/24/25_____

_____
U.S. District Judge/Magistrate Judge
Margo A. Rocconi